

FILED

AUG 0 5 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                        DEPUTY

CASE UNSEALED PER ORDER OF COURT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     v.<br><br>JOE ANTHONY MARTINO,<br><br>              Defendant. | Case No.:   '19MJ 3269<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in<br>Possession of Firearm |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about July 3, 2019, within the Southern District of California, defendant Joe Anthony MARTINO, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Heckler & Koch, model HK-91, .308 caliber rifle bearing serial number SN A017285; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Nicholas Kindler
Special Agent, ATF

Sworn to me and subscribed in my presence this ⟨5⟩ day of August, 2019.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On or about June 21, 2019, San Diego Sheriff's Office ("SDSO"), Lakeside Substation Deputies responded to a radio call to investigate an assault with a deadly weapon that occurred on or about April 18, 2019, at 11754 Moreno Avenue, Lakeside, CA 92040. One of the victims, K.R., stated that Joseph MARTINO ("MARTINO") held her, J.W., and C.P hostage with a firearm. MARTINO pointed the firearm at each of the victims, as well as discharged two rounds in K.R.'s direction in order to inflict additional fear. While being held hostage, K.R. was able to escape from MARTINO's residence and seek help. C.P. left later that day after telling MARTINO she was leaving and that if he was going to shoot her, he would have to shoot her in the back. The victims stated that fear of revenge from MARTINO was one of the reasons for not immediately reporting the incident to police.

On or about July 3, 2019, SDSO deputies and detectives from the Special Enforcement Detail ("SED") and Crime Suppression Team ("CST") executed a search warrant at MARTINO's residence, 11754 Moreno Avenue, Lakeside, CA 92040. While executing the search warrant, deputies recovered a Heckler & Koch, model HK-91, .308 caliber rifle bearing serial number SN A017285 located in the attic of the residence, as well as two AR-15 receivers located in the living room. Additionally, they located approximately 3,500 rounds of assorted ammunition throughout the residence and detached garage, along with a ballistic vest.

While investigating the incident further, SDSO detectives contacted MARTINO's step-brother, N.Z. During telephonic and in-person interviews, N.Z. stated that MARTINO lives alone at the home their father owns at 11754 Moreno Avenue, Lakeside, CA 92040, and that their father has not lived in the home for years. N.Z. also stated that MARTINO knows he is not supposed to possess firearms, but does carry firearms on his person and keeps firearms at the home. N.Z. recounted a recent interaction with MARTINO at the home while N.Z. was fixing a window. N.Z. stated that he heard the distinct sound of a rifle bolt sliding forward into the closed position, which he recognized from his 17 years as a Green Beret in the U.S. Army. N.Z. was able to identify himself to MARTINO immediately upon

hearing the sound and stated MARTINO said he was scared, as he did not know who was at the home. In addition, N.Z. stated that he recently witnessed MARTINO with a pistol in a holster at the residence.

Records checks on MARTINO revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 04/01/1998 | CASO– San Diego | VC23153(a)- DUI Causing Bodily Injury (Felony) | 3 years' probation |
| 04/01/1998 | CASO-San Diego | PC12031(a)(1)- Carrying Loaded Firearm: Public Place (Misdemeanor) | 3 years' probation |
| 08/03/2000 | United States District Court | 18 U.S.C. 922 (g)(1)- Felon in Possession of a Firearm (Felony) | 37 months' prison (concurrent) |
| 08/03/2000 | CASO- San Diego | HS11377(a)- Possession of a Controlled Substance (Felony) | 2 years' prison |
| 08/03/2000 | CASO- San Diego | HS11550(a)- Use/ Under the Influence of a Controlled Substance (Misdemeanor) | 2 years' prison |
| 08/03/2000 | CASO- San Diego | VC23153(a)- DUI Causing Bodily Injury (Felony) | 37 months' prison (concurrent) |
| 12/02/2009 | United States District Court, District of Kansas | 21 U.S.C. 841- Possession With Intent to Distribute | 60 months' prison, 48 months' probation |
| 02/18/2010 | CASD- San Diego | PC245(a)(1)- Assault With a Deadly Weapon: GBI Likely | 3 years' prison |

1       The firearm was seized and inspected.  Preliminary checks revealed that the firearm
2   was not manufactured in California.   Therefore, the firearm traveled in, and/or affected
3   interstate commerce to arrive in the state of California.

4   ## **REQUEST FOR SEALING**

5       It is further respectfully requested that this Court issue an Order sealing, until further
6   order of this Court, all papers submitted in support of this complaint, including the probable
7   cause statement and arrest warrant. Sealing is necessary because premature disclosure of
8   the contents of this probable cause statement and related documents may cause the
9   defendant to flee, may cause destruction of evidence, or otherwise have a negative impact
10  on this continuing investigation.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28